**THE KENNEDY LAW FIRM**
**MARYLAND CONSUMER LAW GROUP**

---

P.O. BOX 657    EDGEWATER, MD 21037    TEL (443) 607-8901    FAX (443) 607-8903

Web Site
www.kennedykennedy.com

E-Mail
bemardtkennedy@yahoo.com

**CONNECTICUT OFFICE**

157 Pine Orchard Road
Branford, CT 06405

Licensed to Practice Law in
Connecticut and Maryland

September 2, 2008

Honorable Richard D. Bennett
V.S.D.C.
101 W. Lombard Street
Baltimore, MD 21201

RE:  **RE: Jamal Taylor et al v. Academy Collection Services, Inc. Case no. RDB 08CV1427**

Dear Judge Bennett:

Please be advised the above referenced case has been settled.

Pursuant to Local Rule 111, I ask that you enter a settlement order.

Once defense counsel and I have completed all necessary closing documents I will file a Notice of dismi~ with prejudice.

If you have any questions or concerns please call the office. Thank you.

Very truly yours,

Bernard T. Kennedy

CC/ (Counsel for the Defendant)

John S. VanderWoude, Esquire
Eccleston & Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076
Tel: (410) 752-7474
Fax: (410) 752-0611